# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FIRST ACCEPTANCE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CATLIN INSURANCE COMPANY (UK), LTD., ) <br> ) <br> Defendant. ) | Civil No. 3:12-0484 <br> Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for July 30, 2012 is **RESET** for Monday, August 27, 2012, at 2:15 p.m.

It is so **ORDERED**.

ENTER this 28th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge