# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FIRST ACCEPTANCE CORPORATION ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 3:12-0484 |
| ) | Judge Trauger |
| CATLIN INSURANCE COMPANY, (UK), LTD. ) | |
| ) | |
| Defendant ) | |

## O R D E R

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The jury trial set for September 24, 2013 and the pretrial conference set for September 20, 2013 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 14th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge