# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **FIRST ACCEPTANCE CORPORATION,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:12-CV-00484 |
| | ) Trauger/Brown |
| **CATLIN INSURANCE COMPANY (UK), LTD.,** | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE

Come now the Plaintiff, First Acceptance Corporation, and the Defendant, Catlin Insurance Company (UK), Ltd., by and through their undersigned counsel and file this Joint Stipulation for entry of an Order of Dismissal with Prejudice and in support thereof state the following:

1. The parties have amicably resolved the claims asserted within the above-styled cause and have exchanged the appropriate settlement documents to include a Claim Release properly endorsed by First Acceptance Corporation in favor of Catlin Insurance Company (UK), Ltd. thereby discharging any and all obligations of the Defendant to the Plaintiff as a result of the actions or causes of action asserted or which could have been asserted herein.

2. Pursuant to the terms and provisions of the Claim Release, each party is responsible for their own attorneys' fees and costs.

1

782990.1

3. The Plaintiff, consistent with the terms of the settlement agreement and Claim Release, has agreed to the entry of an Order of Dismissal with Prejudice in the above-referenced lawsuit.

WHEREFORE, the parties, by and through their respective counsel, notify the Court that the subject claim has been amicably resolved, the appropriate Claim Release has been endorsed by First Acceptance Corporation, in favor of Catlin Insurance Company (UK), Ltd. and the parties have further agreed to and respectfully request the entry of an Order dismissing with prejudice the above-styled cause.

Respectfully submitted this 12th day of March, 2013.

> WOOLF, McCLANE, BRIGHT,
>   ALLEN & CARPENTER, PLLC
>
> By: s/Luis C. Bustamante
>     Luis C. Bustamante, BPR No. 015328
> Post Office Box 900
> Knoxville, Tennessee  37901-0900
> (865) 215-1000
>
> s/H. Eric Burnette
> H. Eric Burnette, Esq.,
> Burnette, Dobson & Pinchak
> 711 Cherry Street
> Chattanooga, TN 37402
>
> s/Stephen E. Whitehead
> Stephen E. Whitehead, Esq.
> Lloyd, Gray, Whitehead & Monroe, P.C.
> 2501 Twentieth Place South, Suite 300
> Birmingham, AL 35223

2

782990.1

## CERTIFICATE OF SERVICE

  I hereby certify that on March 12, 2013, a copy of the JOINT STIPULATION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    H. Eric Burnette, Esq.,
    Burnette, Dobson & Pinchak
    711 Cherry Street
    Chattanooga, TN 37402

    Stephen E. Whitehead, Esq.
    Janice R. Ballard, Esq.
    Mark E. Tindal, Esq.
    Lloyd, Gray, Whitehead & Monroe, P.C.
    2501 Twentieth Place South, Suite 300
    Birmingham, AL 35223

        /s/ Luis C. Bustamante
        Luis C. Bustamante (BPR No. 015328)

3

782990.1

Case 3:12-cv-00484   Document 49   Filed 03/12/13   Page 3 of 3 PageID #: 526